**Willie NOBLES, Petitioner—Appellant,**

v.

**Carol PORTER, Respondent—Appellee.**

No. 07–36038.

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed July 1, 2009.

Willie Nobles, Airway Heights, WA, pro se.

Donna H. Mullen, Esq., AGWA–Office of the Washington Attorney General, Criminal Justice Division, Olympia, WA, for Respondent–Appellee.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Washington state prisoner Willie Nobles appeals from the district court's judgment

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

denying his 28 U.S.C. § 2254 habeas corpus petition as untimely. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Nobles contends that he is entitled to equitable tolling for his reasonable reliance on *Dictado v. Ducharme,* 244 F.3d 724, 727–28 (9th Cir.2001), *abrogated by Pace v. DiGuglielmo,* 544 U.S. 408, 125 S.Ct. 1807, 161 L.Ed.2d 669 (2005). However, even with the benefit of equitable tolling based on this reliance, Nobles' petition is time-barred. *Cf. Harris v. Carter,* 515 F.3d 1051, 1055–56 (9th Cir.2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.